# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| In re: Pamela McIlwain | Case No.: 5:17-bk-10839 |
| Debtor | Chapter 13 |

## MOTION TO REINSTATE CASE

**COMES NOW** Pamela McIlwain, Debtor, by and through her attorney, Matthew D. Mentgen, and for her *Motion to Reinstate Case* states:

1. That this chapter 13 bankruptcy case was filed on February 14, 2017.

2. That this case was dismissed on March 15, 2022 for Violating Strict Compliance Order. (Dckt. 89).

3. That Debtor was at the end of her bankruptcy commitment period when her case was dismissed. That, if this case is reinstated, Debtor will be able to modify her bankruptcy plan and make a single final payment to the chapter 13 trustee to complete her bankruptcy case and receive a discharge.

4. That Debtor respectfully requests that the Court reinstate her case and allows her to (A) File a Modified Plan and (B) make a final payment to the trustee to complete her bankruptcy case.

**WHEREFORE,** Debtor, Pamela McIlwain, prays that the Court grant this *Motion to Reinstate Case* and for all other just and proper relief to which she may be entitled.

Respectfully Submitted,

/s/ Matthew D. Mentgen
Matthew D. Mentgen
Attorney for Debtor
Arkansas Bar No.: 2008096
matthew@mentgenlaw.com
(501) 392-5662
P.O. Box 164439
Little Rock, AR 72216