IN THE UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF ARKANSAS PINE BLUFF DIVISION

RE: Pamela Mcilwain            CASE NO: 5:17-bk-10839 T

     DEBTOR            Chapter 13

---

TRUSTEE'S RESPONSE TO MOTION TO SET ASIDE ORDER OF DISMISSAL
Doc: (92)

---

COMES now Jack W Gooding, Chapter 13 Standing Trustee, and for his response to the debtor's Motion to Set Aside Order of Dismissal states the following:

1. This Chapter 13 case was filed on 02/14/2017 and the debtor's plan, (as modified) was confirmed on 06/19/2017.

2. The debtor's case was dismissed on 03/15/2022 for failing to make plan payments in violation of the Chapter 13 Order Requiring Strict Compliance entered on 11/02/2021.

3. The debtor moved to set aside the dismissal on 05/03/2022.

4. The Trustee opposes reinstatement of the case.

5. Due to the substantial arrearages that have accumulated, it appears that a timely completion of the debtor's plan is no longer feasible. Therefore, the debtor's motion should be denied.

6. Should the Court allow the reinstatement of debtor's case the Trustee would require

   - The completion of debtor's plan within 90 days of the entry of the order of reinstatement by making a final lump sum payment sufficient to satisfy all allowed secured, priority and administrative claims.

Wherefore, the Chapter 13 Trustee respectfully requests that the debtor's Motion to Set Aside Order of Dismissal be denied and for all other just and proper relief the Trustee may be entitled.

Date: 05/04/2022

                                         /s/ James Hunt

                                         James Hunt, Staff Attorney for Jack W Gooding, Standing Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I, James Hunt, do hereby certify that a true and correct copy has been mailed this day, 5/4/2022, with sufficient postage to assure delivery to the following:

Pamela Mcilwain
215 W Daniels St
Dermott, AR  71638-2103

Matthew D Mentgen (Ach) - Electronically by ECF

/s/ James Hunt
_____
James Hunt