IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

In re: Pamela Mcilwain  
Debtor

Case No. 5:17-bk-10839  
Chapter 13

### ORDER TO SET ASIDE COURT'S ORDER OF DISMISSAL

**NOW BEFORE THE COURT** is the *Motion to Reinstate Case* filed by the Debtor, Pamela Mcilwain, on May 03, 2022 (Doc. No. 92). Jack W. Gooding, Trustee, filed a response to this motion on May 04, 2022 (Doc. No. 96). As the parties settled this matter prior to hearing. thisCourt finds that the motion should be, and hereby is, **GRANTED UPON CONDITION**.Accordingly, this Court orders that this case be reinstated with the following condition: Debtorshall make a final lump sum payment sufficient to satisfy all allowed security, priority, andadministrative claims within 90 days of the entry of this order.

**IT IS SO ORDERED.**

_____  
Honorable Richard D. Taylor  
United States Bankruptcy Judge  
Dated:

Approved by:

/s/ James Hunt, Staff Attorney for  
_____  
Jack W. Gooding, Trustee

EOD: August 23, 2022