IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

IN RE: PAMELA MCILWAIN

CASE NO: 5:17-bk-10839 T
Chapter 13

## CHAPTER 13 ORDER TO PAY TRUSTEE
## (EMPLOYER WITHHOLDING)

The above named debtor has filed a petition under Chapter 13 of the Bankruptcy Code.

IT IS ORDERED that until further orders of this court, the entity from whom the debtor receives income:

ADVANTAGES OF SE ARKANSAS
168 W COLLEGE AVE
MONTICELLO, AR  71655-4820

shall deduct from said income the sum of **$175.00 SEMI-MONTHLY beginning on the next pay day following receipt of this Order** and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from other benefits payable to the debtor and to remit the deductible sums EACH MONTH to:

Jack W Gooding, Trustee
4030 Momentum Place
Chicago, IL  60689-5340

IT IS FURTHER ORDERED, that this entity from whom the debtor receives income shall notify the Trustee if the debtor's income is terminated.

IT IS FURTHER ORDERED, that all income of the debtor, except the amounts required to be withheld for taxes, social security, insurance or union dues, be paid to the debtor in accordance with usual payment procedure.

IT IS FURTHER ORDERED THAT NO DEDUCTIONS ON ACCOUNT OF ANY GARNISHMENT, WAGE ASSIGNMENT, OR VOLUNTARY CREDIT UNION PAYMENTS BE MADE FROM THE INCOME OF SAID DEBTOR, WITH THE EXCEPTION OF CHILD SUPPORT, UNLESS OTHERWISE ORDERED BY THE COURT.

IT IS FURTHER ORDERED THAT this order supersedes previous orders made in this regard to the above entity in the case.

Date: 08/24/2022

_____/s/ RICHARD D. TAYLOR_____
Richard D. Taylor, Bankruptcy Judge

cc:  PAMELA MCILWAIN - U.S.P.S.
     MATTHEW D MENTGEN (ACH) - Electronic
     JACK W GOODING - Electronic