IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RE:  Pamela Mcilwain                                                        CASE NO:   5:17-bk-10839 T

                                                                                              Chapter 13

## CERTIFICATE OF FINAL PAYMENT

The Chapter 13 Trustee hereby certifies that the Debtor has completed all payments required under the terms of the confirmed Chapter 13 plan.  The Chapter 13 Trustee will file a Final Report and Account as soon as practicable after all outstanding disbursements have cleared and/or been cancelled.

**NOTICE TO DEBTORS:**

As part of the requirements for an entry of discharge, each Debtor must complete and file the attached **Certification Regarding Domestic Support Obligation** Pursuant to 11 U.S.C. §1328.  The Certification must be completed by each Debtor regardless of whether the Debtor has a Domestic Support Obligation. Joint Debtors must complete separate forms.

Upon completion, each Debtor **should submit the form to the Debtor's attorney** for timely electronic filing with the United States Bankruptcy Court.  If the Debtor does not have an attorney, the form should be submitted directly to the Clerk, United States Bankruptcy Court.  The address and further information may be obtained at http://www.arb.uscourts.gov.

**FAILURE TO TIMELY FILE THE ATTACHED FORM MAY RESULT IN CLOSURE OF THE CASE WITHOUT A DISCHARGE EVEN IF ALL OTHER REQUIREMENTS FOR DISCHARGE ARE MET.**

Date:  12/12/2022

                                                                                    /s/ Jack W Gooding
                                                                           _____
                                                                                    Jack W Gooding,
                                                                              Standing Chapter 13 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RE: PAMELA MCILWAIN  CASE NO:  5:17-bk-10839 T
Debtor  Chapter 13

DEBTOR'S CERTIFICATION REGARDING
DOMESTIC SUPPORT OBLIGATION PURSUANT TO 11 U.S.C. §1328(a)

_____  **I, PAMELA MCILWAIN, do not have a domestic support obligation** (i.e., I have not been required by a judicial or administrative order, or by statue to pay any domestic support obligation as defined in 11 U.S.C. § 101(14A) either before this proceeding was filed or at any time after the date of filing).

**-OR-**

_____  **I, PAMELA MCILWAIN, have a domestic support obligation and have paid all amounts due** (i.e., I have paid all amounts due under any and all domestic support obligations as defined in 11 U.S.C. § 101(14A), required by a judicial or administrative order or by statue, including amounts due before, during and after this proceeding was filed.)

**-OR-**

_____  **I, PAMELA MCILWAIN, have a domestic support obligation, but have NOT paid all amounts due** (i.e., I have NOT paid all amounts due under any and all domestic support obligations as defined in 11 U.S.C. § 101(14A), required by a judicial or administrative order or by statue, including amounts due before, during and after this proceeding was filed.)

I, PAMELA MCILWAIN, declare under penalty of perjury that the information provided in this Certification is true and correct.

Date: _____   Signature: _____
                                                    PAMELA MCILWAIN