# Notice Recipients

District/Off: 0860–5 User: admin Date Created: 12/12/2022
Case: 5:17–bk–10839 Form ID: pdf12Ds Total: 2

**Recipients of Notice of Electronic Filing:**
aty Matthew David Mentgen matthew@yourdebtattorney.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db Pamela McIlwain 215 W Daniels St Dermott, AR 71638–2103

TOTAL: 1